IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| JPMorgan Chase Bank, N.A., <br><br> Plaintiff, <br><br> v. <br><br> Timothy R. Guertin and Robin Guertin, <br><br> Defendants. | Civil Action No. 3:12-cv-02363-JFA |

### CONSENT ORDER EXTENDING STAY OF CASE

On motion of Plaintiff with the consent of Defendants and for good cause shown, it is ORDERED as follows:

1. The stay imposed by the Consent Order filed July 2, 2013 (Entry No. 53) is extended for another 60 days (i.e., until October 18, 2013).

2. On or before October 18, 2013, Plaintiff's attorney shall provide the court a report describing the status of negotiations between the parties to resolve the case.

3. The terms of this order may be modified, amended, or extended on motion of any party for good cause shown.

IT IS SO ORDERED.

August 20, 2013                              Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge